ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

**FILED**
HARRISBURG, PA

JUL 2 3 2004

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

THOMAS and CATHY MALLOY                  :
                                         :
        v.                               :        CIVIL ACTION
                                         :
THE BRINKMANN CORPORATION                :        NO:

**1:CV 04-1631**

<u>NOTICE OF REMOVAL</u>

The noticing party, The Brinkmann Corporation, through its counsel, Lavin, O'Neil, Ricci,

Cedrone, DiSipio, respectively states as follows:

1.      This civil action arises out of an alleged house fire that occurred on or about

December 14, 2002.

2.      This civil action was commenced and is now pending the Court of Common Pleas

of Dauphin County, Pennsylvania, a civil action in which the above named Thomas and Cathy

Malloy are the plaintiffs, and The Brinkmann Corporation is the named defendant.

3.      The Brinkmann Corporation first received notice of the filing of the Complaint

naming it as a party defendant no earlier than June 23, 2004.

4.      Plaintiffs are alleged to be  citizens and residents of the Commonwealth of

Pennsylvania. <u>See</u> <u>Complaint</u> ¶1.

5.      Defendant, The Brinkmann Corporation, is incorporated in the State of Texas with

a principal place of business in the State of Texas. <u>See</u> <u>Complaint</u> ¶2.

6.      There is, therefore, diversity of citizenship amongst these parties. <u>See</u> 28 U.S.C.

§1331(a)(1).

7.      The amount in controversy in this matter exceeds $75,000.00. <u>See</u> correspondence

received from plaintiffs' counsel attached hereto as Exhibit "B."

8.      As a result, the pending civil action is one over which this Court has jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by the noticing party pursuant to 28 U.S.C. §1441 *et seq*.

9.      This Notice is filed with this Court within the time for removal set forth in 28 U.S.C. §1446(b), inasmuch as thirty (30) days have not passed since the receipt by the noticing party of a copy of the Complaint or other paper from which it may first be ascertained that this case is one which is removable and the civil action was originally commenced within the last year.

10.     Written notice of the filing of this Notice will be given to the adverse party as required by 28 U.S.C. §1446(d).

11.     A copy of this Notice will be filed with the Prothonotary of the Court of Common Pleas of Dauphin County, Pennsylvania, as provided by 28 U.S.C. §1446(d).

12.     Pursuant to U.S.C. §1446(a), a copy of all process, pleadings and orders served upon the noticing party in this action are attached hereto.

WHEREFORE, Defendant, The Brinkmann Corporation, prays that it may affect the removal of this action from the Court of Common Pleas of Dauphin County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania.

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

BY:      _____
         WILLIAM J. RICCI, ESQUIRE
         Attorney for Defendant,
         The Brinkmann Corporation

Dated: July 22, 2004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

THOMAS and CATHY MALLOY,  : 
  : 
 *Plaintiff,* : 
  : **CIVIL ACTION**
v.  : 
  : **NO.**
THE BRINKMANN CORPORATION,  : 
  : 
 *Defendant.* : 
  : 

### CERTIFICATION OF COUNSEL

I hereby certify that true and correct copies of Defendant's, The Brinkmann Corporation,, Notice of Removal was served upon all interested counsel in the manner indicated below on July 22, 2004:

**First Class Mail Delivery**

Michael J. Kurtis, Esquire
Nelson, Levine, deLuca & Horst
Four Sentry Parkway
Suite 300
Blue Bell, PA  19422

**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

BY: _Jacqueline J. Dungee_

Jacqueline J. Dungee, Esquire
Attorneys for Defendant
Suite 500
190 North Independence Mall West
6th & Race Streets
Philadelphia, PA  19106
(215) 627-0303

DATED:  July 22, 2004



NELSON LEVINE de LUCA & HORST, LLC
BY:  MICHAEL J. KURTIS, ESQUIRE
I.D. NO: 87179
FOUR SENTRY PARKWAY, SUITE 300
BLUE BELL, PA 19422
(610) 862-6539

**ATTORNEYS FOR PLAINTIFFS**

---

THOMAS and CATHY MALLOY
538 Hill Church Road
Hummelstown, PA 17036,

                        **Plaintiffs,**

        v.

THE BRINKMANN CORPORATION
4215 McEwen Road
Dallas, TX 75244,

                        **Defendant(s)**

**COURT OF COMMON PLEAS
DAUPHIN COUNTY**

CASE No: *2004CV 2435CV*

**CIVIL ACTION - LAW**

**JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

You have been sued in Court.  If you wish to defend against the claims set forth in the following pages, you must take action within (20) days after this Complaint and Notice are served, by entering a written appearance personally or by an attorney and filing in writing with the Court your defenses or objections to the claims set forth against you.   You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed or any other claim or relief requested by the plaintiff.  You may lose money or property rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

Dauphin County Lawyer Referral Service

213 North Front Street

Harrisburg, PA 17101

717-232-7536

NELSON LEVINE de LUCA & HORST, LLC
BY:  MICHAEL J. KURTIS, ESQUIRE
I.D. NO: 87179
FOUR SENTRY PARKWAY, SUITE 300
BLUE BELL, PA 19422
(610) 862-6539

**ATTORNEYS FOR PLAINTIFFS**

---

THOMAS and CATHY MALLOY
538 Hill Church Road
Hummelstown, PA 17036,

                              Plaintiffs,

                  v.

THE BRINKMANN CORPORATION
4215 McEwen Road
Dallas, TX 75244,

                              Defendant(s)

**COURT OF COMMON PLEAS
DAUPHIN COUNTY**

CASE No: 2004 CV 2485

CIVIL ACTION - LAW

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiffs, Thomas and Cathy Malloy, by and through their undersigned counsel, as and for their Complaint, hereby state and allege as follows:

1.      Plaintiffs, Thomas and Cathy Malloy, are, and at all times relevant hereto were, adult individuals residing within the Commonwealth of Pennsylvania at the above address.

2.      Upon information and belief, Defendant, The Brinkmann Corporation (hereinafter "Brinkmann") is a corporation or other business entity authorized and existing under the laws of the State of Texas, with a principal place of business at the above address.

3.      Upon information and belief, at all times relevant hereto Defendant Brinkmann designed, manufactured, sold, and/or distributed turkey fryers for retail sale to the general public for home use.  Said turkey fryers operate by heating cooking oil to temperatures at or near the boiling point of the oil, and a turkey is then immersed into the heated oil.

4.     Prior to December 14, 2002, Plaintiffs received as a gift a turkey fryer designed, manufactured, sold and/or distributed by Defendant Brinkmann.

5.     On or about December 14, 2002, Plaintiffs proceeded to use the aforementioned turkey fryer in accordance with the instructions for use provided therewith by Defendant Brinkmann.

6.     On or about December 14, 2002, the aforementioned turkey fryer experienced a malfunction, failed and/or otherwise caused the vegetable oil therein to ignite, causing in a fire that spread to the Plaintiffs' home.

7.     As a result of the aforementioned fire, the Plaintiffs sustained substantial damage to their real and personal property, as well as additional expenses, in an amount in excess of thirty-five thousand ($35,000) dollars.

8.     The damages described above were directly and proximately caused by the negligence, recklessness, and/or other liability producing conduct of Defendant Brinkmann as further and more fully described below.


## COUNT I – NEGLIGENCE


9.     Plaintiffs incorporate herein by reference paragraphs 1 through 8, as though the same were fully set forth at length.

10.    The aforementioned damages were the direct and proximate result of the negligence, carelessness, recklessness, and/or other liability producing conduct of Defendant Brinkmann, including negligent acts and/or omissions of such defendants, as performed by and through their agents, employees, and/or servants, more specifically described as follows:

a. Failing to exercise reasonable care in the performance of their duties in the design, manufacture, sale, and/or distribution of the aforementioned turkey fryer and related apparatus, including, but not limited to;

    i. The creation of a safe product;

    ii. Providing adequate, reasonable and necessary warnings of the inherent dangers of the aforementioned items;

    iii. Providing adequate, reasonable and necessary warnings and instructions for the use of the aforementioned items; and

    iv. Providing adequate, reasonable, and necessary instructions so as to ensure compliance with appropriate safety codes.

b. Failing to adequately instruct their servants, employees and agents as to the proper ways to perform the tasks set forth in subparagraph a. above;

c. Failing to adequately warn plaintiffs and others of the defects resulting from the careless and negligent failure to exercise reasonable care as set forth subparagraph a. above;

d. Failing to provide, establish, and/or follow proper and adequate control so as to ensure the proper performance of the tasks set forth in subparagraph a. above;

e. Failing to perform the tasks set forth in subparagraph a. in conformity with the prevailing industry and governmental specifications and standards;

f. Failing to supervise their servants, employees, and agents in the performance of the tasks set forth in subparagraph a. above; and

g. Selecting and contracting with individuals and/or entities that were ill-trained and/or unprepared to properly perform the tasks set forth in subparagraph a. above.

11. As a result of the damages proximately caused by the negligence and/or other liability producing conduct of Defendant Brinkmann, Plaintiffs sustained and incurred

damages to their real and personal property and the imposition of additional expenses in an amount in excess of $35,000.00.

WHEREFORE, plaintiffs demand judgment in their favor and against Defendant Brinkmann in an amount in excess of $35,000.00, plus interest, costs of suit, reasonable attorney fees, delay damages, and such other relief as the court deems appropriate under the circumstances.

## COUNT II – STRICT LIABILITY

12.     Plaintiffs incorporate herein by reference paragraphs 1 through 11, as though the same were fully set forth at length herein.

13.     At all times material hereto, Defendant Brinkmann was engaged in the business of designing, manufacturing, marketing, selling, distributing and/or installing the aforementioned turkey fryer and related apparatuses as described above.

14.     The aforementioned turkey fryer and related apparatus, as designed, manufactured, marketed, sold and/or distributed by Defendant Brinkmann, was in defective conditions which were unreasonably dangerous to Plaintiffs.

15.     Upon information and belief, Defendant Brinkmann expected that the above described product would reach the consumer without substantial change in the condition in which it was sold, and the aforementioned did reach the Plaintiffs without a substantial change in the condition in which they were sold.

16.     The aforementioned defects consisted of.

    a.     Design defects;
    b.     Manufacturing defects;

    c.     Failures to warn of the aforementioned defects; and

    d.     Failures to properly instruct as to the appropriate operational procedures for safe use of the product.

17.    As a result of these defective conditions, and/or the liability producing conduct on the part of Defendant Brinkmann, Plaintiffs sustained and incurred damage to their real and personal property and the imposition of additional expenses in amount in excess of $35,000.00.

18.    For these reasons, Defendant Brinkmann is strictly liable to Plaintiffs for their damages under § 402A of Restatement (2d) of Torts, the Restatement (3d) of Torts, and/or the applicable case law of the Commonwealth of Pennsylvania.

WHEREFORE, plaintiffs demand judgment in their favor and against Defendant Brinkmann in an amount in excess of $35,000.00, plus interest, costs of suit, reasonable attorney fees, delay damages, and such other relief as the court deems appropriate under the circumstances.

## COUNT III – BREACH OF WARRANTY

19.    Plaintiffs incorporate herein by reference paragraphs 1 through 18, as though the same were fully set forth at length herein.

20.    At the time of the contract for sale and/or distribution of the turkey fryer and related apparatus, Defendant Brinkmann had reason to know the particular purpose for which the turkey fryer and related apparatus would be used, and knew that its skill and judgment was being relied upon to furnish a suitable product.

21.    In turn, Defendant Brinkmann breached the implied warranty of fitness for a particular purpose as set out in the Uniform Commercial Code (hereinafter "UCC"), 13 Pa. C..S.A. § 2-315, in that the turkey fryer and related apparatus was not fit for the particular purpose for which it was acquired and needed.

22.    In addition, Defendant Brinkmann breached the implied warranty of merchantability as set out 13 Pa. C.S.A. § 2-314 (c) in that the turkey fryer and related apparatus was not fit for the ordinary uses for which it was purchased and used.

23.    Furthermore, Defendant Brinkmann breached any and all express warranties made or related to the turkey fryer and related apparatus that became part of the basis of the bargain for sale and purchase of the items in derogation of 13 Pa. C.S.A. § 2-313. Plaintiffs are not presently in possession of the express warranties provided by Defendant Brinkmann, but Plaintiffs believe and therefore aver that Defendant Brinkmann, as the designer, manufacturer, seller and/or distributor of the turkey fryer is in a superior position to be in possession of such express warranties.

24.    Plaintiffs' damages, as set forth above, occurred as a direct and proximate result of Defendant Brinkmann's breach of its implied warranties of fitness for a particular purpose and merchantability as set forth in the statutes noted above, and as a result of its breach of its express warranties in derogation of 13 Pa. C.S.A. § 2-313.

25.    Plaintiffs had and have not breached any of their obligations to Defendant Brinkmann, and have and had met all conditions precedent for recovery herein

WHEREFORE, plaintiffs demand judgment in their favor and against Defendant Brinkmann in an amount in excess of $35,000.00, plus interest, costs of suit, reasonable

attorney fees, delay damages, and such other relief as the court deems appropriate under the circumstances.

NELSON LEVINE de LUCA & HORST, LLC

BY: _____

MICHAEL J. KURTIS, ESQUIRE
Attorney for Plaintiffs
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422
(610) 862-6539
(610) 862-6501 (fax)
mkurtis@nldhlaw.com

Dated: June 9, 2004



**NLdH NELSON · LEVINE · de LUCA & HORST**
A LIMITED LIABILITY COMPANY
**ATTORNEYS AT LAW**

**Philadelphia Office:**
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422
Phone: 610.862.6500
Fax:    610.862.6501

**New Jersey Office:**
212 Carnegie Center, Suite 206
Princeton, NJ 08540
Phone: 609.919.6320
Fax:    609.520.1863

**Ohio Office:**
266 North 4th Street, Suite 160
Columbus, OH 43215-2511
Phone: 614.228.1398
Fax:    614.463.9191

Internet: www.nldhlaw.com

Michael Kurtis
Direct: 610.862.6539
mkurtis@nldhlaw.com

Reply to PA office

March 16, 2004

The Brinkmann Corporation
4215 McEwen Road
Dallas, TX 75244
Attn: Lorrie Groll

Re:  **Erie Insured:** Thomas J. Malloy
     **Claim #:**      010170652674
     **Date of Loss:** 12/24/2003

Dear Ms. Groll:

In response to your correspondence of January 15, 2003, enclosed please find Erie Insurance Company's damages documentation in connection with the above-referenced matter, which includes the checks paid to date in connection with this loss, as well as copies of photographs of the loss scene. This office is not presently in possession of color photographs, but I will provide same once I have received them from my client.

To date, a fire cause and origin report has not been generated by our investigator. Should you wish to arrange for an inspection of the evidence, please feel free to contact me at the above telephone number or e-mail address.

Thank you for your attention to this matter.

Very truly yours,

NELSON LEVINE de LUCA & HORST, LLC

Michael J. Kurtis

MJK/
Enclosure

```
08/08/2003                    Claims Management System              CSPP032B
14:03                              Check  Print                     Page:    2
                                                               Req:  LINGENFELT,D
```

------------------------------------------------------------------------

```
                  CHECK NO 06181857    CMS NO F181857   DATE  03/17/2003
```

Pay FIFTY-TWO AND 99/100

```
                                                         $$$$$$$$$52.99

              THOMAS J MALLOY &
              CATHY J MALLOY                    Operator       -Loss Date
To The        538 HILL CHURCH RD                630CHARLESW     12/14/2002
Order         HUMMELSTOWN PA 17036-9711
of                                              Claim           Tax Id No
                                                010170652674
```

```
For           PARTIAL PAYMENT
              DWELLING COVERAGE
              RAIN SOFT WATER SYSTEM DISCONNECT                 Cashed
                                                           C   03/31/2003
```

------------------------------------------------------------------------

```
                  CHECK NO R308367    CMS NO R308367    DATE  12/16/2002
```

Pay FIVE THOUSAND AND 00/100

```
                                                         $$$$$$5,000.00

              THOMAS & CATHY MALLOY
              538 HILL CHURCH ROAD
To The        HUMMELSTOWN, PA.  17036           Operator       Loss Date
Order                                           630TANGER       12/14/2002
of                                              Claim           Tax Id No
                                                010170652674
```

```
For           PARTIAL PAYMENT
              PERSONAL PROPERTY
              ADVANCE ON CONTENTS                              Cashed
                                                           C   12/19/2002
```

------------------------------------------------------------------------

```
                  CHECK NO 05966194    CMS NO E966194    DATE  01/22/2003
```

Pay FIVE THOUSAND TWO HUNDRED EIGHTY-SEVEN AND 41/100

```
                                                         $$$$$$5,287.41

              PERMANENT ODOR REMOVAL INC
              OZONKS
To The        131 S 13TH STREET                 Operator       Loss Date
Order         ALLENTOWN, PA 18102 4662          630TANGER       12/14/2002
of                                              Claim           Tax Id No
                                                010170652674    2330500280
```

```
For           MALLOY DRYCLEANING
              PERSONAL PROPERTY
              INVOICE #255                                     Cashed
                                                           C   01/27/2003
```

------------------------------------------------------------------------

```
08/08/2003                    Claims Management System              CSPP032B
14:03                            Check  Print                       Page:    3
                                                             Req:  LINGENFELT,D
```

---------------------------------------------------------------------------

                          CHECK NO 06011738    CMS NO F011738   DATE  01/31/2003

Pay FIVE HUNDRED EIGHTEEN AND 51/100

                                                            $$$$$$$$518.51

           PERMANENT ODOR REMOVAL INC
           OZONKS
To The     131 S 13TH STREET                 Operator        · Loss Date
Order      ALLENTOWN, PA 18102 4662          630TANGER          12/14/2002
of
                                             Claim            Tax Id No
                                             010170652674     2330500280

For        PARTIAL PAYMENT
           INVOICE # 260
           THOMAS MALLOY                                     Cashed
                                                   C         02/06/2003

---------------------------------------------------------------------------

---------------------------------------------------------------------------
                          CHECK NO 06075921    CMS NO F075921   DATE  02/19/2003

Pay ONE THOUSAND NINE HUNDRED FORTY AND 86/100

                                                            $$$$$$1,940.86

           VISION TECH ELECTRONICS &
           RESTORATION INC.
To The     93 CHESTNUT HILL ROAD             Operator        Loss Date
Order      STEVENS, PA 17578 9463            630TANGER         12/14/2002
of
                                             Claim            Tax Id No
                                             010170652674     2330954180

For        INVOICE #1330
           TOM MALLOY ELECTRONICS CLEANING                  Cashed
                                                   C         02/24/2003

---------------------------------------------------------------------------

---------------------------------------------------------------------------
                          CHECK NO R896259    CMS NO R896259   DATE  03/13/2003

Pay FIVE THOUSAND AND 00/100

                                                            $$$$$$5,000.00

           THOMAS AND CATHY MALLOY
           538 HILL CHURCH RD.
To The     HUMMELSTOWN, PA  17036            Operator        Loss Date
Order                                        630TANGER         12/14/2002
of
                                             Claim            Tax Id No
                                             010170652674

For        PARTIAL PAYMENT
           PERSONAL PROPERTY
           ADVANCE ON CONTENTS.                             Cashed
                                                   C         03/18/2003

---------------------------------------------------------------------------

```
08/08/2003                      Claims Management System              CSPP032B
14:03                               Check  Print                      Page:      4
                                                               Req:  LINGENFELT,D
```

---------------------------------------------------------------------------

```
                    CHECK NO 06181855   CMS NO F181855   DATE  03/17/2003
```

Pay SIX HUNDRED TWENTY-SEVEN AND 60/100

```
                                                           $$$$$$$$627.60
              THOMAS J MALLOY &
              CATHY J MALLOY                     Operator         · Loss Date
To The        538 HILL CHURCH RD                 630CHARLESW        12/14/2002
Order         HUMMELSTOWN PA 17036-9711
of                                               Claim             Tax Id No
                                                 010170652674

For           PARTIAL PAYMENT
              PERSONAL PROPERTY & LOS OF USE RECEIPTS
              PER SUMMARY                               C         Cashed
                                                                 03/31/2003
```

-------------------------------------------------------------------------

-------------------------------------------------------------------------

```
                    CHECK NO 06333930   CMS NO F333930   DATE  04/30/2003
```

Pay NINE THOUSAND SIX HUNDRED THIRTY-TWO AND 08/100

```
                                                           $$$$$$9,632.08
              THOMAS J MALLOY &
              CATHY J MALLOY                     Operator         Loss Date
To The        538 HILL CHURCH RD                 5H1HOFFERT        12/14/2002
Order         HUMMELSTOWN PA 17036-9711
of                                               Claim             Tax Id No
                                                 010170652674

For           PARTIAL PAYMENT
              PERSONAL PROPERTY
              19 PAGE RCV INVENTORY LESS ADVANCES      C         Cashed
                                                                 05/09/2003
```

-------------------------------------------------------------------------

-------------------------------------------------------------------------

```
                    CHECK NO 06698317   CMS NO F698317   DATE  07/31/2003
```

Pay SEVEN THOUSAND FIVE HUNDRED EIGHTY-FIVE AND 72/100

```
                                                           $$$$$$7,585.72
              THOMAS J MALLOY &
              CATHY J MALLOY AND                 Operator         Loss Date
To The        WOLF FURNITURE                     5H1ARNDT         12/14/2002
Order         538 HILL CHURCH RD
of            HUMMELSTOWN PA 17036-9711          Claim            Tax Id No
                                                 010170652674

For           PARTIAL PAYMENT
              PERSONAL PROPERTY
              WOLF FURNITURE INVOICE
```

-------------------------------------------------------------------------

```
08/08/2003                    Claims Management System              CSPP032B
14:03                              Check  Print                     Page:    5
                                                            Req:  LINGENFELT,D
```

--------------------------------------------------------------------------

CHECK NO 05887015     CMS NO E887015    DATE  01/06/2003

Pay THREE HUNDRED TWENTY-ONE AND 15/100

                                                        $$$$$$$$321.15
         IFR FURNITURE RENTALS
         7035 JONESTOWN RD                                Loss Date
To The   HARRISBURG, PA 17112 3617      Operator          12/14/2002
Order                                   630TANGER
of
                                        Claim             Tax Id No
                                        010170652674      2316697180

For      PARTIAL PAYMENT
         LOSS OF USE
         INVOICE 108943 THOMAS MALLOY                     Cashed
                                                 C        01/10/2003

--------------------------------------------------------------------------

--------------------------------------------------------------------------

CHECK NO 05889771     CMS NO E889771    DATE  01/10/2003

Pay THREE THOUSAND NINETY-SIX AND 77/100

                                                        $$$$$$3,096.77
         THOMAS J MALLOY &
         CATHY J MALLOY                                   Loss Date
To The   538 HILL CHURCH RD             Operator          12/14/2002
Order    HUMMELSTOWN PA 17036-9711      630TANGER
of
                                        Claim             Tax Id No
                                        010170652674

For      PARTIAL PAYMENT
         LOSS OF USE
         DWELLING RENTAL 12/14 TO 2/28                    Cashed
                                                 C        01/30/2003

--------------------------------------------------------------------------

--------------------------------------------------------------------------

CHECK NO 05966630     CMS NO E966630    DATE  01/22/2003

Pay TWO HUNDRED FORTY-SIX AND 95/100

                                                        $$$$$$$$246.95
         IFR FURNITURE RENTALS
         7035 JONESTOWN RD                                Loss Date
To The   HARRISBURG, PA 17112 3617      Operator          12/14/2002
Order                                   630TANGER
of
                                        Claim             Tax Id No
                                        010170652674      2316697180

For      PARTIAL PAYMENT
         LOSS OF USE
         INVOICE # 109209                                 Cashed
                                                 C        01/28/2003

--------------------------------------------------------------------------

```
08/08/2003                    Claims Management System                CSPP032B
14:03                             Check  Print                        Page:    6
                                                              Req:  LINGENFELT,D
```

-------------------------------------------------------------------------------

CHECK NO 06076974    CMS NO F076974   DATE  02/20/2003

Pay TWO HUNDRED SEVEN AND 06/100

```
        IFR FURNITURE RENTALS                        $$$$$$$$207.06
        7035 JONESTOWN RD
To The  HARRISBURG, PA 17112 3617        Operator     Loss Date
Order                                    630TANGER     12/14/2002
of
                                         Claim         Tax Id No
                                         010170652674  2316697180

For     INVOICE # 109735
        PERSONAL PROPERTY COVERAGE
        MALLOY FURNITURE RENTAL                  C     Cashed
                                                       02/25/2003
```

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

CHECK NO 06077912    CMS NO F077912   DATE  02/21/2003

Pay ONE THOUSAND TWO HUNDRED AND 00/100

```
        THOMAS J MALLOY &                        $$$$$$$1,200.00
        CATHY J MALLOY
To The  538 HILL CHURCH RD               Operator     Loss Date
Order   HUMMELSTOWN PA 17036-9711        630TANGER     12/14/2002
of
                                         Claim         Tax Id No
                                         010170652674

For     PARTIAL PAYMENT
        DWELLING RENTAL
        MARCH RENTAL                             C     Cashed
                                                       03/04/2003
```

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

CHECK NO 06181689    CMS NO F181689   DATE  03/17/2003

Pay TWO HUNDRED TWELVE AND 58/100

```
        IFR FURNITURE RENTALS                        $$$$$$$$212.58
        7035 JONESTOWN RD
To The  HARRISBURG, PA 17112 3617        Operator     Loss Date
Order                                    630TANGER     12/14/2002
of
                                         Claim         Tax Id No
                                         010170652674  2316697180

For     PARTIAL PAYMENT
        THOMAS MALLOY RENTAL
        INVOICE # 110251                         C     Cashed
                                                       03/24/2003
```

-------------------------------------------------------------------------------

```
08/08/2003                  Claims Management System                CSPP032B
14:03                            Check  Print                       Page:    7
                                                               Req:  LINGENFELT,D
```

---

CHECK NO 06184911    CMS NO F184911   DATE  03/24/2003

Pay ONE THOUSAND TWO HUNDRED AND 00/100

$$$$$$1,200.00

|  |  |  |
|---|---|---|
| To The Order of | THOMAS J MALLOY & CATHY J MALLOY 538 HILL CHURCH RD HUMMELSTOWN PA 17036-9711 | Operator 630TANGER | Loss Date 12/14/2002 |
| | | Claim 010170652674 | Tax Id No |

For    PARTIAL PAYMENT
       LOSS OF USE
       APRIL RENTAL                                      Cashed
                                                 C       04/04/2003

---

CHECK NO 06296185    CMS NO F296185   DATE  04/14/2003

Pay TWO HUNDRED TWELVE AND 58/100

$$$$$$$212.58

|  |  |  |
|---|---|---|
| To The Order of | IFR FURNITURE RENTALS 7035 JONESTOWN RD HARRISBURG, PA 17112 3617 | Operator 5H1HOFFERT | Loss Date 12/14/2002 |
| | | Claim 010170652674 | Tax Id No 2315697180 |

For    PARTIAL PAYMENT
       LOSS OF USE
       INVOICE # 110773 THOMAS MALLOY                    Cashed
                                                 C       04/17/2003

---

CHECK NO 06299672    CMS NO F299672   DATE  04/22/2003

Pay ONE THOUSAND TWO HUNDRED AND 00/100

$$$$$$1,200.00

|  |  |  |
|---|---|---|
| To The Order of | THOMAS J MALLOY & CATHY J MALLOY 538 HILL CHURCH RD HUMMELSTOWN PA 17036-9711 | Operator 5H1HOFFERT | Loss Date 12/14/2002 |
| | | Claim 010170652674 | Tax Id No |

For    PARTIAL PAYMENT
       LOSS OF USE
       MAY RENTAL                                        Cashed
                                                 C       04/29/2003

---

```
08/08/2003                    Claims Management System              CSPP032B
14:03                              Check Print                      Page:   8
                                                            Req:  LINGENFELT,D
```

---

CHECK NO 06408712    CMS NO F408712    DATE  05/19/2003

Pay TWO HUNDRED TWELVE AND 58/100

$$$$$$$$212.58

IFR FURNITURE RENTALS
7035 JONESTOWN RD                    Operator           Loss Date
To The   HARRISBURG, PA 17112 3617   5H1HOFFERT         12/14/2002
Order
of                                   Claim              Tax Id No
                                     010170652674       2316697180

For      PARTIAL PAYMENT
         LOSS OF USE
         INVOICE # 111350                          C    Cashed
                                                        05/27/2003

---

CHECK NO 06461168    CMS NO F461168    DATE  05/23/2003

Pay ONE THOUSAND TWO HUNDRED AND 00/100

$$$$$$1,200.00

THOMAS J MALLOY &
CATHY J MALLOY                       Operator           Loss Date
To The   538 HILL CHURCH RD          5H1HOFFERT         12/14/2002
Order    HUMMELSTOWN PA 17036-9711
of                                   Claim              Tax Id No
                                     010170652674

For      PARTIAL PAYMENT
         LOSS OF USE
         JUNE RENTAL                               C    Cashed
                                                        06/02/2003

---

CHECK NO 06565617    CMS NO F565617    DATE  06/23/2003

Pay TWO HUNDRED TWELVE AND 58/100

$$$$$$$$212.58

IFR FURNITURE RENTALS
7035 JONESTOWN RD                    Operator           Loss Date
To The   HARRISBURG, PA 17112 3617   5H1HOFFERT         12/14/2002
Order
of                                   Claim              Tax Id No
                                     010170652674       2316697180

For      PARTIAL PAYMENT
         LOSS OF USE MALLOY
         INVOICE # 111923                          C    Cashed
                                                        06/27/2003

---

```
08/08/2003                    Claims Management System                    CSPP032B
14:03                              Check  Print                        Page:    9
                                                            Req:  LINGENFELT,D
```

```
------------------------------------------------------------------------------------
                    CHECK NO 06567198    CMS NO F567198   DATE  06/25/2003
```

Pay ONE THOUSAND TWO HUNDRED AND 00/100

```
                                                            $$$$$$1,200.00

              THOMAS J MALLOY &
              CATHY J MALLOY              Operator          Loss Date
To The        538 HILL CHURCH RD          5H1HOFFERT        12/14/2002
Order         HUMMELSTOWN PA 17036-9711
of                                        Claim            Tax Id No
                                          010170652674
```

```
For       PARTIAL PAYMENT
          LOSS OF USE                                      Cashed
          JULY RENTAL                              C       07/02/2003
```

```
------------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------------
                    CHECK NO 06619525    CMS NO F619525   DATE  07/11/2003
```

Pay TWO HUNDRED TWELVE AND 58/100

```
                                                            $$$$$$$$212.58

              IFR FURNITURE RENTALS
              7035 JONESTOWN RD            Operator          Loss Date
To The        HARRISBURG, PA 17112 3617   5H1HOFFERT        12/14/2002
Order
of                                        Claim            Tax Id No
                                          010170652674     2316697180
```

```
For       PARTIAL PAYMENT
          LOSS OF USE                                      Cashed
          INVOICE #112453 MALLOY RENTAL             C       07/17/2003
```

```
------------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------------
                    CHECK NO 06654643    CMS NO F654643   DATE  07/23/2003
```

Pay ONE THOUSAND TWO HUNDRED AND 00/100

```
                                                            $$$$$$1,200.00

              THOMAS J MALLOY &
              CATHY J MALLOY              Operator          Loss Date
To The        538 HILL CHURCH RD          5H1TANGER         12/14/2002
Order         HUMMELSTOWN PA 17036-9711
of                                        Claim            Tax Id No
                                          010170652674
```

```
For       PARTIAL PAYMENT
          LOSS OF USE                                      Cashed
          AUGUST DWELLING RENTAL                    C       07/29/2003
```

```
------------------------------------------------------------------------------------
```

---

CHECK NO 05928512    CMS NO E928512    DATE  01/16/2003

Pay ONE HUNDRED FORTY THOUSAND EIGHT HUNDRED SIXTEEN AND 80/100

|  | | |
|---|---|---|
| | | $$$$140,816.80 |
| THOMAS & CATHY MALLOY, SUNTRUST MORTGAGE AND NORTHWEST SAVINGS | Operator | Loss Date |
| To The Order of  538 HILL CHURCH RD. HUMMELSTOWN PA 17036-9711 | 630TANGER | 12/14/2002 |
| | Claim 010170652674 | Tax Id No |

For    PARTIAL PAYMENT
       DWELLING COVERAGE
       ACV DWELLING REPAIR

---

---

CHECK NO 06075538    CMS NO F075538    DATE  02/18/2003

Pay TEN THOUSAND TWO HUNDRED EIGHTY-FOUR AND 69/100

|  | | |
|---|---|---|
| | | $$$$$10,284.69 |
| THOMAS J MALLOY & CATHY J MALLOY AND SZELES INC. | Operator | Loss Date |
| To The Order of  538 HILL CHURCH RD HUMMELSTOWN PA 17036-9711 | 630CHARLESW | 12/14/2002 |
| | Claim 010170652674 | Tax Id No |

For    SZELES INC. DWELLING BOARD-UP & CONTETS
       CLEANING AND MOVING
                                                          C    Cashed
                                                               05/19/2003

---

```
Mon Jul 26 12:19:34 2004

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   111 141402
Cashier            jill

Check Number:  0227685

DO Code      Div No
  4667          1

Sub Acct Type Tender      Amount
0:510000   N     2          90.00
1:086900   N     2          60.00
2:322360   N     2           5.00
3:510000   N     2           4.00

Total Amount        $      159.00

LAVIN O'NEIL 190 N. INDEPENDENCE MA
LL W. PHILADELPHIA, PA 19106

FILING FEE & CERTIFICATION OF NOTIC
E OF REMOVAL IN CV-04-1631
```

cn